UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KIRAN VUPPALA,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :       22-CV-10451 (VSB)
              -against-                                     :
                                                            :           **ORDER**
FRED PERRY USA, INC. and 55 WOOSTER                         :
LLC,                                                        :
                                                            :
                              Defendants.                   :
                                                            X
------------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 09, 2022, (Doc. 1), and filed affidavits of service on January 14, 2023, (Docs. 7–8).  The deadline for Defendants to respond to Plaintiff's complaint was January 17, 2023.  (*See* Docs. 7–8.)  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intend to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 2, 2023.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 19, 2023
             New York, New York

                                                                                _____
                                                                             VERNON S. BRODERICK
                                                                             United States District Judge